UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARCUS HAWKINS,

        Petitioner,                                    No. C 14-2519 NJV (PR)

  vs.                                          **ORDER OF TRANSFER**

TABER,

        Respondent.
                                    /

This is a habeas corpus case filed by a state prisoner proceeding pro se. Petitioner seeks to challenge a conviction obtained in the Stanislaus County Superior Court. Stanislaus County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in Oklahoma.

Venue for a habeas corpus action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and Petitioner was convicted in Stanislaus County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: June 5, 2014.

                                                  NANDOR J. VADAS
                                                  United States Magistrate Judge

G:\PRO-SE\NJV\HC.14\Hawkins2519.trn.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS HAWKINS, | No. 1:14-CV-2519 NJV (PR) |
|     Petitioner, | |
|   v. | CERTIFICATE OF SERVICE |
| TABER, | |
|     Respondent. | |

I, the undersigned, hereby certify that on June 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Marcus Hawkins
Ak-5222
NFCF BN 170
1605 E. Main
Sayre, OK 73622

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas